IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

DONETA M. BECKHAM,            )
                              )
    Plaintiff,                )
                              )
v.                            )         No. 06-2876 JPM-sta
                              )
FEDERAL EXPRESS CORPORATION,  )
                              )
    Defendant.                )
_____

ORDER FOLLOWING HEARING;
ORDER GRANTING OBJECTIONS TO REPORT AND RECOMMENDATION;
ORDER SETTING TELEPHONIC CONFERENCE
_____

Before the Court are Defendant's Motion for Dismissal or Other Rule 37(b) Sanctions (Doc. 19)("first motion for dismissal"), filed December 13, 2007, and Defendant's Rule 41(b) Motion for Dismissal or, in the Alternative, for Rule 37(d) Sanctions or to Compel Discovery Pursuant to Rule 37(a) (Doc. 27)("second motion for dismissal"), filed February 20, 2008. A telephonic hearing was held on these motions on May 13, 2008. Present for Plaintiff were Ted I. Jones, Esq. and Paul A. Koerber, Esq. Present for Defendant was Jerrald L. Shivers, Esq.

Defendant first filed a Motion for Order Compelling Disclosures and for Expenses and Other Sanctions (Doc. 13) on October 16, 2007, on the basis that Plaintiff had not made any

Rule 26(a)(1) disclosures.  This motion was referred to the Magistrate Judge for determination on November 11, 2007 (Doc. 14).  Plaintiff did not respond to this motion, and the Magistrate Judge entered an Order Granting Defendant's Motion to Compel on November 29, 2007 (Doc. 15), directing Plaintiff to make 26(a)(1) disclosures within five days of entry of the order and allowing Defendant fifteen days to file a request for fees. Defendant filed the request for fees on December 11, 2007 (Doc. 16), requesting $419.50 for fees incurred in filing the motion to compel.

Defendant then filed the first motion for dismissal based on Plaintiff's failure to comply with the Magistrate Judge's Order Granting Defendant's Motion to Compel, claiming that Plaintiff still had made no disclosures.  This first motion for dismissal was referred to the Magistrate Judge for Report and Recommendation on December 18, 2007 (Doc. 20).  On December 19, 2007 (Doc. 21), Plaintiff filed a notice of service of her Rule 26(a)(1) disclosures.  Because these disclosures were not filed within the time period directed by the Order Granting Defendant's Motion to Compel, the Magistrate Judge entered an Order to Show Cause on December 27, 2007 (Doc. 22), allowing Plaintiff ten days to show why sanctions should not be imposed. Plaintiff did not show cause, and the Magistrate Judge entered an Order Directing Payment of Defendant's Fees and Expenses on

January 2, 2008 (Doc. 23), ordering Plaintiff to pay Defendant $419.50 within fifteen days of entry of the order.

Plaintiff responded in opposition to the first motion for dismissal on January 9, 2008 (Doc. 24), claiming that Plaintiff was working diligently on discovery matters and agreeing to pay the Defendant's fees as ordered by the Magistrate Judge. Based on these representations, the Magistrate Judge entered a Report and Recommendation on the first motion for dismissal on January 23, 2008 (Doc. 25), recommending that sanctions be denied but cautioning Plaintiff that failure to comply with future orders of the Court could result in dismissal.

On February 1, 2008, Defendant filed Exceptions and Objections to Report and Recommendation on Defendant's Motion to Dismiss (Doc. 26), arguing that Plaintiff had failed to comply with the Magistrate Judge's order to pay $419.50 by January 17, 2008, that Plaintiff had not produced any documents in connection with her Rule 26(a)(1) disclosures, that Plaintiff had not responded to Defendant's interrogatories or requests for production, and that therefore the Report and Recommendation on the first motion to dismiss should be rejected. Defendant then filed the second motion to dismiss on February 20, 2008, stating that Plaintiff still had not paid the fee, produced any documents, or answered interrogatories.

This second motion for dismissal was referred to the Magistrate Judge for Report and Recommendation on February 22, 2008 (Doc. 30). Plaintiff did not respond in opposition, and the Magistrate Judge entered a Report and Recommendation on March 3, 2008 (Doc. 31), recommending dismissal based on Plaintiff's failure to prosecute and failure to comply with orders of the Court. On March 13, 2008, Plaintiff filed Objections to Magistrate's Report and Recommendation (Doc. 32), explaining that counsel for Plaintiff experienced an acute coronary syndrome on January 29, 2008, requiring surgery and rehabilitation. Plaintiff argues that Defendant has not been prejudiced by the delay, that documents would be produced to Defendant by March 24, 2008, and that the Report and Recommendation should be rejected and the second motion to dismiss be denied. Defendant responded to these Objections on March 18, 2008 (Doc. 33), arguing that Plaintiff's counsel's medical condition did not explain Plaintiff's delays before the medical incident occurred and that Plaintiff still had not paid the fee, produced any documents, or answered interrogatories. Plaintiff filed a notice of service of her responses to Defendant's first set of interrogatories on May 13, 2008 (Doc. 36).

In the hearing held on May 13, 2008, counsel for Defendant informed the Court that Plaintiff has not paid $419.50 to

Defendant and has not produced documents in connection with her initial disclosures.  Counsel for Defendant also stated that, although Plaintiff had served answers to Defendant's interrogatories, he had not yet reviewed them.  Counsel for Defendant further informed the Court that one individual in Defendant's initial disclosures had retired from Federal Express Corporation but that Defendant had not otherwise been prejudiced by the delay caused by Plaintiff.

Based on this information and the reasonable cause for delay articulated by Plaintiff's counsel, and despite the accuracy of the second Report and Recommendation, the Court GRANTED Plaintiff's Objections to the Report and Recommendation, REJECTED the Report and Recommendation, and DENIED the second motion to dismiss.  The Court ORDERED[1] Plaintiff to pay $419.50 and produce any documents identified in Plaintiff's initial disclosures by the end of the day on May 13, 2008.  In addition, the Court directed Defendant to file a Motion to Reconsider if Plaintiff did not pay the fee or produce the documents by the end of the day, or if the answers to interrogatories were non-responsive.  The Court also cautioned Plaintiff that failure to comply with this Order could reasonably result in dismissal of the case.

---

[1] Plaintiff's counsel agreed during the hearing to pay the fee and produce the documents within the time period ordered.

Finally, the Court set a follow-up conference on Monday, May 19, 2008, at 8:30 a.m. to discuss an abbreviated discovery schedule.

SO ORDERED this 13th day of May, 2008.

s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE
